JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA MARTINEZ<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR BELL, INC.,<br><br>    Defendant. | Case No. 8:23-cv-01229-FWS-DFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice

Dated:  October 5, 2023

_____
Honorable Fred W. Slaughter
U.S. District Court Judge

ORDER OF DISMISSAL
Case No. 8:23-cv-01229-FWS-DFM

-1-

C:\Users\melissakunig\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\1FPKPK87\2023 09 26 Proposed Order for Dismissal.docx